# ELECTRONIC RECORD

**173-15**

COA # 02-13-00367-CR          OFFENSE: 19.03

STYLE: Gordon Ray Lewis v. The State of Texas          COUNTY: Hood

COA DISPOSITION: AFFIRMED          TRIAL COURT: 355th District Court

DATE: 12/18/14          Publish: NO   TC CASE #: CR12234

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Gordon Ray Lewis v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 10/14/2015

JUDGE: _[signature]_

CCA #: **173-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**